RIKER, DANZIG, SCHERER, HYLAND & PERRETTI LLP
Headquarters Plaza
One Speedwell Avenue
Morristown, NJ 07962-1981
(973) 538-0800

FEDERAL BAR NO. SML-6620

Attorneys for Defendant, Cabela's Incorporated

| | |
|---|---|
| RUSSELL CLARK,<br><br>Plaintiff,<br><br>vs.<br><br>THE ORIGINAL LOG CABIN HOMES LTD, C& S LOG HOMES, INC., CURTIS J. PERRY, VICKIE SHIPLEY AND CABELA'S,<br><br>Defendants. | UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY<br><br>CIVIL ACTION NO.<br><br>HON.<br><br>**NOTICE OF REMOVAL** |

TO: THE HONORABLE CHIEF JUDGE AND JUDGES OF
THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY

Defendant Cabela's Incorporated hereby removes this civil action, pursuant to 28 U.S.C. § 1441 *et. seq.*, based on the following grounds:

### THE PARTIES

1. Plaintiff, Russell Clark, is an individual who resides at 29 Neptune Road, Toms River, New Jersey 08753.

2. Defendant, Cabela's Incorporated. ("Cabela's"), is a corporation created under the laws of the State of Delaware with its principal place of business at One Cabela Drive, Sidney Nebraska 69160.

3. Defendant, The Original Log Cabin Homes LTD, is a corporation created under the laws of the State of Delaware with its principal place of business at 513 Keen Street, Rocky Mount, North Carolina 27802.

4. Defendant, C & S Log Homes, Inc. is a corporation created under the laws of the State of North Carolina with its principal place of business at 7933 Cleveland School Road, Clayton, North Carolina 27520.

5. Upon information and belief, Defendant Curtis J. Perry is an individual residing in North Carolina.

6. Upon information and belief, Defendant, Vickie Shipley is an individual residing in Florida.

## PROCEDURAL HISTORY

7. Plaintiff filed a Complaint in the Superior Court of New Jersey, Law Division, Warren County, under docket number L-345-11, on or about August 2, 2011.

8. The Complaint named Cabela's as a defendant. A copy of the Complaint was served by personal service on Cabela's registered agents, National

Registered Agents, Inc. of NJ, on September 6, 2011. True and accurate copies of the Plaintiff's Summons to Defendant, Cabela's, and the Complaint are attached to this Notice as Exhibit A.

9. Defendant, Cabela's has not answered the Complaint.

10. According to the New Jersey Superior Court ACMS Public Access docket sheet, as of the date of this filing, no other defendants have been served with plaintiff's complaint. A copy of the document list for Docket No. 1-345-11 is attached hereto as Exhibit B.

## GROUNDS FOR REMOVAL

11. This Court has original jurisdiction in this case under 28 U.S.C. § 1332 and 28 U.S.C. § 1441, in that there is complete diversity of citizenship among the parties and Plaintiff alleges that the amount in controversy exceeds $75,000, exclusive of interest and costs.

12. In compliance with 28 U.S.C. § 1446(b), this Notice of Removal is being filed with the Court within thirty (30) days after receipt of a copy of the Complaint. Written notice of the filing of this Notice of Removal has been served on the Plaintiff, and a true copy of this Notice of Removal has been filed with the Clerk of Warren County, as deputy clerk of the Superior Court of New Jersey.

13. Written notices required by 28 U.S.C. §1446(d) addressed to the plaintiff and to the Clerk of the Superior Court of New Jersey, Law Division, Warren

County are being filed in the state court and sent to plaintiff's counsel. A copy of the notice is attached hereto as Exhibit C.

14. Accompanying this Notice of Removal is a Civil Coversheet.

WHEREFORE, in accordance with 28 U.S.C. § 1441, the above-titled action now pending against Defendant, Cabela's Incorporated, in the Superior Court of the State of New Jersey, Law Division, Warren County is hereby removed to the United States District Court for the District of New Jersey.

Respectfully submitted,

Dated: September 27, 2011

RIKER, DANZIG, SCHERER,
  HYLAND & PERRETTI LLP
Headquarters Plaza
One Speedwell Avenue
Morristown, New Jersey 07960
(973) 538-0800
Attorneys for Defendant
Cabela's Incorporated

By: /s/ Stuart M. Lederman
    STUART M. LEDERMAN (SML-6620)

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of September, 2011, pursuant to 28 U.S.C. §1446(d), I caused a copy of the foregoing Notice of Removal to be served via facsimile and regular mail upon plaintiff's counsel:

> Dominick C. Santini, Esq.
> P.O. Box 243
> 43 Route 46
> Columbia, NJ 07832

and via Federal Express to the Clerk of the Superior Court of New Jersey, Law Division, Warren County.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

_____
Craig T. Moran

DATED: September 27, 2011

4170395.2