# EXHIBIT A

Attorney(s):          **Dominick C. Santini, Esq.**
Law Firm:
Address:              **P.O. Box 243 - 43 Route 46**
                      **Columbia, NJ  07832**

Telephone No.:        **(908) 496-4041**
Fax No.:              **(908) 496-4116**
E-mail:
Attorney(s) for Plaintiff(s):**Russell Clark**

---

**DULY SERVED**

DATE _9-6-11_

John A. Kemler, Acting Sheriff

BY _____

Special Deputy

---

**Russell Clark**

Plaintiff(s)

vs.

**The Original Log Cabin Homes LTD, C & S Log Homes, Inc.,**
**Curtis J. Perry, Vickie Shipley and Cabela's**

Defendant(s)

SUPERIOR COURT OF NEW JERSEY

**LAW** DIVISION

**WARREN** COUNTY

DOCKET NO. **L-345-11**

CIVIL ACTION

𝕾𝖚𝖒𝖒𝖔𝖓𝖘

From the State of New Jersey

To the Defendant(s) Named Above:

The plaintiff, named above, has filed a lawsuit against you in the Superior Court of New Jersey. The complaint attached to this summons states the basis for this lawsuit. If you dispute this complaint, you or your attorney must file a written answer or motion and proof of service with the deputy clerk of the Superior Court in the county listed above within 35 days from the date you received this summons, not counting the date you received it. (The address of each deputy clerk of the Superior Court is provided.) If the complaint is one in foreclosure, then you must file your written answer or motion and proof of service with the Clerk of the Superior Court, Hughes Justice Complex, P.O. Box 971, Trenton, NJ 08625-0971. A filing fee payable to the Treasurer, State of New Jersey, and a completed Case Information Statement (available from the deputy clerk of the Superior Court) must accompany your answer or motion when it is filed. You must also send a copy of your answer or motion to plaintiff's attorney whose name and address appear above, or to plaintiff, if no attorney is named above. A telephone call will not protect your rights; you must file and serve a written answer or motion (with fee of **$135.00** and completed Case Information Statement) if you want the court to hear your defense.

If you do not file and serve a written answer or motion within 35 days, the court may enter a judgment against you for the relief plaintiff demands, plus interest and costs of suit. If judgment is entered against you, the Sheriff may seize your money, wages or property to pay all or part of the judgment.

If you cannot afford an attorney, you may call the Legal Services Office in the county where you live or the Legal Services of New Jersey statewide toll free hotline at 1-888-LSNJ-LAW (576-5529). A list of these offices is provided. If you do not have an attorney and are not eligible for free legal assistance, you may obtain a referral to an attorney by calling one of the Lawyer Referral Services. A list of these numbers is also provided.

Dated: **August 23, 2011**

*Jennifer M. Perez*

**Jennifer M. Perez**

*Superior Court Clerk*

Name of Defendant To Be Served: **Cabela's**

Address of Defendant To Be Served:  **National Registered Agents, Inc. of NJ**

**100Canal Point Blvd., Suite 212, Princeton, NJ  08540**

31 - Summons - Law or Chancery Divisions
Superior Court - Appendix XII-A, CN 10792
Rev. 7/23/10   P8/10

Powered by HOTdocs

Printed by ALL-STATE LEGAL®
A Division of ALL-STATE International, Inc.
www.aslegal.com   800.222.0510   Page 1

# Directory of Superior Court Deputy Clerk Offices
Legal Services of New Jersey statewide toll free hotline 1-888-LSNJ-LAW (576-5529)

**ATLANTIC COUNTY:**
Deputy Clerk of the Superior Court
Civil Division, Direct Filing
1201 Bacharach Blvd., First Floor
Atlantic City, NJ 08401
LAWYER REFERRAL
(609) 345-3444
LEGAL SERVICES
(609) 348-4200

**BERGEN COUNTY:**
Deputy Clerk of the Superior Court
Case Processing Section, Room 119
Justice Center, 10 Main Street
Hackensack, NJ 07601-0769
LAWYER REFERRAL
(201) 488-0044
LEGAL SERVICES
(201) 487-2166

**BURLINGTON COUNTY:**
Deputy Clerk of the Superior Court
Central Processing Office
Attn: Judicial Intake
First Floor, Court Facility,
49 Rancocas Road
Mount Holly, NJ 08060
LAWYER REFERRAL
(609) 261-4862
LEGAL SERVICES
(800) 496-4570

**CAMDEN COUNTY:**
Deputy Clerk of the Superior Court
Civil Processing Office
First Floor, Hall of Records
101 South Fifth Street
Camden, NJ 08103
LAWYER REFERRAL
(856) 964-4520
LEGAL SERVICES
(856) 964-2010

**CAPE MAY COUNTY:**
Deputy Clerk of the Superior Court
9 North Main Street
Box DN-209
Cape May Court House, NJ 08210
LAWYER REFERRAL
(609) 463-0313
LEGAL SERVICES
(609) 465-3001

**CUMBERLAND COUNTY:**
Deputy Clerk of the Superior Court
Civil Case Management Office
Broad & Fayette Streets, P.O. Box 615
Bridgeton, NJ 08302
LAWYER REFERRAL
(856) 692-6207
LEGAL SERVICES
(856) 451-0003

**ESSEX COUNTY:**
Deputy Clerk of the Superior Court
50 West Market Street
Room 131
Newark, NJ 07102
LAWYER REFERRAL
(973) 622-6207
LEGAL SERVICES
(973) 624-4500

**GLOUCESTER COUNTY:**
Deputy Clerk of the Superior Court
Civil Case Management Office
Attn: Intake
First Floor, Court House
1 North Broad Street, P.O. Box 750
Woodbury, NJ 08096
LAWYER REFERRAL
(856) 848-4589
LEGAL SERVICES
(856) 848-5360

**HUDSON COUNTY:**
Deputy Clerk of the Superior Court
Superior Court, Civil Records Dept.
Brennan Courthouse, First Floor
583 Newark Avenue
Jersey City, NJ 07306
LAWYER REFERRAL
(201) 798-2727
LEGAL SERVICES
(201) 792-6363

**HUNTERDON COUNTY:**
Deputy Clerk of the Superior Court
Civil Division
65 Park Avenue
Flemington, NJ 08822
LAWYER REFERRAL
(908) 263-6109
LEGAL SERVICES
(908) 782-7979

**MERCER COUNTY:**
Deputy Clerk of the Superior Court
Local Filing Office, Courthouse
175 South Broad Street, P.O. Box 8068
Trenton, NJ 08650
LAWYER REFERRAL
(609) 585-6200
LEGAL SERVICES
(609) 695-6249

**MIDDLESEX COUNTY:**
Deputy Clerk of the Superior Court
Administration Building
Third Floor
1 Kennedy Sq., P.O. Box 2633
New Brunswick, NJ 08903-2633
LAWYER REFERRAL
(732) 828-0053
LEGAL SERVICES
(732) 249-7600

**MONMOUTH COUNTY:**
Deputy Clerk of the Superior Court
Court House
71 Monument Park, P.O. Box 1269
Freehold, NJ 07728-1269
LAWYER REFERRAL
(732) 431-5544
LEGAL SERVICES
(732) 866-0020

**MORRIS COUNTY:**
Deputy Clerk of the Superior Court
Civil Division
30 Schuyler Place, P.O. Box 910
Morristown, NJ 07960-0910
LAWYER REFERRAL
(973) 267-5882
LEGAL SERVICES
(973) 285-6911

**OCEAN COUNTY:**
Deputy Clerk of the Superior Court
Court House, Room 119
118 Washington Street
Toms River, NJ 08754
LAWYER REFERRAL
(732) 240-3666
LEGAL SERVICES
(732) 341-2727

**PASSAIC COUNTY:**
Deputy Clerk of the Superior Court
Civil Division Court House
77 Hamilton Street
Paterson, NJ 07505
LAWYER REFERRAL
(973) 278-9223
LEGAL SERVICES
(973) 523-2900

**SALEM COUNTY:**
Deputy Clerk of the Superior Court
92 Market Street, P.O. Box 18
Salem, NJ 08079
LAWYER REFERRAL
(856) 678-8363
LEGAL SERVICES
(856) 451-0003

**SOMERSET COUNTY:**
Deputy Clerk of the Superior Court
Civil Division Office, P.O. Box 3000
New Court House, Third Floor
Somerville, NJ 08876
LAWYER REFERRAL
(908) 685-2323
LEGAL SERVICES
(908) 231-0840

**SUSSEX COUNTY:**
Deputy Clerk of the Superior Court
Sussex County Judicial Center
43-47 High Street
Newton, NJ 07860
LAWYER REFERRAL
(973) 267-5882
LEGAL SERVICES
(973) 383-7400

**UNION COUNTY:**
Deputy Clerk of the Superior Court
First Floor, Court House
2 Broad Street
Elizabeth, NJ 07207-6073
LAWYER REFERRAL
(908) 353-4715
LEGAL SERVICES
(908) 354-4340

**WARREN COUNTY:**
Deputy Clerk of the Superior Court
Civil Division Office
Court House
413 Second Street
Belvidere, NJ 07823-1500
LAWYER REFERRAL
(908) 387-1835
LEGAL SERVICES
(908) 475-2010

Powered by


Printed by ALL-STATE LEGAL®
A Division of ALL-STATE International, Inc.
www.aslegal.com   800.222.0510   Page 2

WARREN COUNTY SUPERIOR COURT
CIVIL DIVISION
413 SECOND STREET
BELVIDERE        NJ 07823

                                        TRACK ASSIGNMENT NOTICE

COURT TELEPHONE NO. (908) 475-6146
COURT HOURS

                    DATE:    AUGUST 04, 2011
                    RE:      CLARK VS THE ORIGINAL LOG CABIN HOMES ET AL
                    DOCKET:  WRN L -000345 11

    THE ABOVE CASE HAS BEEN ASSIGNED TO:  TRACK 2.

    DISCOVERY IS   300 DAYS AND RUNS FROM THE FIRST ANSWER OR 90 DAYS
FROM SERVICE ON THE FIRST DEFENDANT, WHICHEVER COMES FIRST.

    THE PRETRIAL JUDGE ASSIGNED IS:  HON AMY C. OCONNOR

    IF YOU HAVE ANY QUESTIONS, CONTACT TEAM      001
AT:  (908) 475-6145.

    IF YOU BELIEVE THAT THE TRACK IS INAPPROPRIATE YOU MUST FILE A
 CERTIFICATION OF GOOD CAUSE WITHIN 30 DAYS OF THE FILING OF YOUR PLEADING.
     PLAINTIFF MUST SERVE COPIES OF THIS FORM ON ALL OTHER PARTIES IN ACCORDANCE
WITH  R.4:5A-2.
                    ATTENTION:

                          ATT: DOMINICK C. SANTINI
                          DOMINICK C. SANTINI
                          43  ROUTE 46
                          PO BOX 243
                          COLUMBIA        NJ 07832
JUTSHI0



FOR THE FILED
SUPERIOR COURT OF N.J.
WARREN COUNTY

2011 JAN A 9 22

Dominick C. Santini, Esq.
P.O. Box 243, 43 Route 46
Columbia, NJ 07832
(908)496-4041
Attorney for Plaintiff

|  |  |
|---|---|
| RUSSELL CLARK | SUPERIOR COURT OF NEW JERSEY |
| | LAW DIVISION |
| | WARREN COUNTY |
| Plaintiff, | |
| | DOCKET NO. L-345-11 |
| vs. | |
| | Civil Action |
| THE ORIGINAL LOG CABIN HOMES | |
| LTD, C & S LOG HOMES, INC., | |
| CURTIS J. PERRY, VICKIE SHIPLEY | COMPLAINT |
| and CABELA'S | |
| | |
| Defendant. | |

Plaintiff, Russell Clark, who resides at 29 Neptune Road, Toms River, New Jersey 08753, by way of Complaint says:

### First Count

1. The Plaintiff on or about 20 October 2010 entered into a contract to purchase a vacant lot located at Block 1103-1, Lot 14, Township of Hardwick, Warren County, New Jersey.

2. The land contract was contingent upon Plaintiff obtaining a construction loan in the amount of $432,000.00 on or before 22 November 2010.

3.  Plaintiff intended to build a log home on the property.  Through his relationship with Cabela's he was directed by Cabela's to contact its licensee Defendant, The Original Log Homes LTD.

4.  Defendant, The Original Log Cabin Homes LTD, is a national company doing business in the State of New Jersey.  Defendant, The Original Log Cabin Homes LTD, promised excellent customer service and freely used the Defendant, Cabela's logo on all correspondence.  Based on Defendant, The Original Log Cabin Homes LTD relationship with Defendant, Cabela's Plaintiff entered into a contract with Defendant, The Original Log Cabin Homes LTD to deliver a log home to Warren County, New Jersey which had a 30 day contingency for obtaining financing. The Contract is attached as Exhibit A.  Plaintiff paid Defendant, The Original Log Cabin Homes LTD a $35,491.65 deposit.

5.  Defendant, The Original Log Cabin Homes LTD recommended a builder, Defendant, C & S Log Homes, Inc. and its owner, Curtis J. Perry, to build the home in Warren County, New Jersey.  Defendants, C & S Log Homes, Inc. and Curtis J. Perry agreed to build a log home in Hardwick Township, Warren County, New Jersey. Plaintiff entered into a Contract with Defendants, C & S Log Homes, Inc. and Curtis J. Perry to build the home in Warren County, New Jersey.  The Contract is attached as Exhibit B.  Plaintiff paid Defendant, C & S Log Homes, Inc. a deposit of $14,500.00.

6.  Defendants, C & S Log Homes, Inc. and Curtis J. Perry also agreed that the agreement was contingent upon Plaintiff being able to obtain a $432,000.00 construction loan financing.

7.  Defendant, The Original Log Cabin Homes LTD recommended that the Plaintiff go through a Wells Fargo broker for the construction loan.

8.  The Wells Fargo broker was not responsive to Plaintiff so Plaintiff requested that Defendant, The Original Log Cabin Homes LTD and Vickie Shipley recommend another broker to

go through.

9. Ms. Vickie Shipley, a sales representative of Defendant, The Original Log Cabin Homes LTD recommended that Plaintiff apply to Ritz-Craft Home Mortgage which Plaintiff did on 2 November 2010.

10. Plaintiff throughout the transactions with Defendants advised them that he had a mental disability due to a motorcycle accident. Plaintiff made it clear to the Defendants that he was relying on them to get him through the process of obtaining financing and building the log home in the Township of Hardwick, Warren County, New Jersey.

11. Plaintiff was assured throughout the transaction by Defendants, The Original Log Cabin Homes LTD, its employee, Vickie Shipley, C & S Log Homes, Inc. and Curtis J. Perry that if he did not secure the construction loan financing that his deposits would be returned to him. Plaintiff made reasonable efforts to obtain such financing but all efforts were in vain.

12. Plaintiff's construction loan was denied first orally then in writing on 5 January 2011.

13. On 30 December 2010 Plaintiff advised Defendants, The Original Log Cabin Homes LTD and C & S Log Homes, Inc. that the construction loan had been denied and demanded a return of all deposit money. The demand is attached as Exhibit C.

14. The Original Log Cabin Homes LTD, Vickie Shipley, C & S Log Homes, Inc. and Curtis J. Perry took advantage of Plaintiff's mental condition and used the knowledge to take advantage of his mental weakness. They kept assuring Plaintiff that if he did not get the loan his deposits would be returned.

15. As such, return of the deposit monies and rescission of the Contracts was proper and warranted.

**WHEREFORE**, Plaintiff requests judgment against Defendants, The Original Log Homes

LTD, Vickie Shipley, C & S Log Homes, Inc. and Curtis J. Perry:

     a. Rescinding the Contracts with Defendants and ordering a return of all deposit monies paid by the Plaintiff;

     b. For the costs of this proceeding;

     c. Interest and counsel fees.;

     d. For such further relief as the Court deems just and proper.

<u>Second Count</u>

1. Plaintiff repeats the allegations of the First Count as if set forth herein at length

2. Plaintiff is a consumer as defined in the Consumer Fraud Act, N.J.S.A. 56:8-1 et seq.

3. Defendants, The Original Log Cabin Homes LTD, Vickie Shipley, C & S Log Homes, Inc. and Curtis J. Perry are merchants as defined in the Consumer Fraud Act, N.J.S.A. 56:8-1 et seq.

4. Defendants, The Original Log Cabin Homes, LTD, Vickie Shipley, C & S Log Homes, Inc. and Curtis J. Perry did commit acts of consumer fraud by deviating from the provisions of the Administrative Regulations and Act, to wit:

     a. Defendants have failed to return deposits in spite of representing to Plaintiff that they would do so if he could not get construction financing.

     b. None of the Defendants is a licensed New Jersey builder nor are they licensed New Jersey home improvement contractors.

     c. Defendant, The Original Log Cabin Homes LTD held itself out to be affiliated with Defendant, Cabela's.

     d. Knowing Plaintiff has a mental disability Defendants failed to advise Plaintiff to seek the assistance of an attorney or his attorney-in-fact in negotiating the contracts.

     e. Defendants took a deposit prior to Plaintiff selecting his log kit, acquiring the New

Jersey property and without providing a selection of all materials.

     f. The Contracts set forth no beginning date and no end date for performance.

    5. Plaintiff has incurred and will continue to incur ascertainable loss due to Defendants' actions.

    6. A copy of this Complaint has been forwarded to the Office of the Attorney General as mandated by N.J.S.A. 56:8-1 et seq.

    **WHEREFORE,** Plaintiff demands judgment against Defendants, The Original Log Cabin Homes LTD, Vickie Shipley, C & S Log Homes, Inc. and Curtis J. Perry for:

    a. Damages;

    b. Consumer Fraud treble damages;

    c. Attorney's fees and costs of suit;

    d. Such other relief as the Court may deem just and equitable.

<u>Third Count</u>

    1. Plaintiff repeats the allegations of the First and Second Counts as if fully set forth herein.

    2. The Contracts submitted by the Defendants, The Original Log Cabin Homes LTD, Vickie Shipley, C & S Log Homes, Inc. and Curtis J. Perry to Plaintiff for signature failed to comply with the Home Improvement Practices Administrative Regulations, N.J.A.C. 13:45A-16.1 et seq. promulgated pursuant to the provisions of the New Jersey Consumer Fraud Act as follows:

    a. The Contracts did not contain a complete description of the work to be performed;

    b. The Contracts did not contain a complete description of the materials which were to be used; and

    c. The Contracts did not contain the dates or time periods on or within which the work was to begin and be completed.

**WHEREFORE,** Plaintiff seeks final judgment against Defendants, The Original Log Cabin Homes LTD, Vickie Shipley, C & S Log Homes, Inc. and Curtis J. Perry awarding Plaintiff relief as follows:

a. Compensatory damages of $35,491.65 from Defendant, The Original Log Cabin Homes LTD and Vickie Shipley and $14, 500.00 from Defendants, C & S Log Homes, Inc. and Curtis J. Perry;

b. Treble damages as provided under the New Jersey Consumer Fraud Act for a total of $106,474.95 against Defendant, The Original Log Cabin Homes, LTD and Vickie Shipley and $43,500.00 against Defendants, C & S Log Homes, Inc. and Curtis J. Perry;

c. Attorneys fees and costs as provided under the New Jersey Consumer Fraud Act; and

d. Such other and further relief in law or in equity as this Court may deem just and proper.

<u>Fourth Count</u>

1. Plaintiff repeats the allegations of the First, Second and Third Counts as if fully set forth herein.

2. Defendant, Cabela's granted a license to Defendant, The Original Log Cabin Homes LTD to use its name in marketing log homes for sale to the public.

3. Defendant, The Original Log Cabin Homes LTD used Defendant, Cabela's name and prestige to market its log homes to the detriment of Plaintiff.

4. Defendant, Cabela's is thus liable to Plaintiff for damages and costs including reasonable attorneys fees incurred by Plaintiff arising from Defendants', The Original Log Cabin Homes LTD and Vickie Shipley, wrong doing.

**WHEREFORE,** Plaintiff seeks final judgment from Defendant, Cabela's awarding Plaintiff compensatory damages.

Dated:  8/2/2011

Dominick C. Santini
Attorney for Plaintiff, Russell Clark

## CERTIFICATION

Pursuant to Rule 4:5-1, it is hereby stated that the matter in controversy is not the subject of any other action pending in any other court or of a pending arbitration proceeding to the best of my knowledge and belief.  Also, to the best of my belief, no other action or arbitration proceeding is contemplated.  Further, other than the parties set forth in this pleading, I know of no other parties that should be joined in the within action.

## DESIGNATION OF TRIAL ATTORNEY

Dominick C. Santini is designated at trial attorney.

4/2/2011

Dominick C. Santini

**Appendix XII-B1**



# CIVIL CASE INFORMATION STATEMENT (CIS)

Use for Initial Law Division
Civil Part pleadings (not motions) under *Rule* 4:5-1.
**Pleading will be rejected for filing, under *Rule* 1:5-6(c), if information above the black bar is not completed or if attorney's signature is not affixed.**

| FOR USE BY CLERK'S OFFICE ONLY |
| --- |
| PAYMENT TYPE: ☐ CK ☐ CG ☐ CA |
| CHG/CK NO.: |
| AMOUNT: |
| OVERPAYMENT: |
| BATCH NUMBER: |

| ATTORNEY/PRO SE NAME **Dominick C. Santini, Esq.** | TELEPHONE NUMBER ( 908 ) 496-4041 | COUNTY OF VENUE **Warren County** |
| --- | --- | --- |
| FIRM NAME (if applicable) | | DOCKET NUMBER (when available) L-345-11 |
| OFFICE ADDRESS **P.O. Box 243 - 43 Route 46 Columbia, NJ  07832** | | DOCUMENT TYPE **Complaint** |
| | | JURY DEMAND ☐ YES ☒ NO |

| NAME OF PARTY (e.g., John Doe, Plaintiff) **Russell Clark, Plaintiff** | CAPTION **Russell Clark vs. The Original Log Cabin Homes LTD, Vickie Shipley, C & S Log Homes, Inc., Curtis J. Perry and Cabela's** |
| --- | --- |
| CASE TYPE NUMBER (See reverse side for listing) **305** | IS THIS A PROFESSIONAL MALPRACTICE CASE? ☐ YES ☒ NO IF YOU HAVE CHECKED "YES," SEE N.J.S.A. 2A:53A-27 AND APPLICABLE CASE LAW REGARDING YOUR OBLIGATION TO FILE AN AFFIDAVIT OF MERIT. |
| RELATED CASES PENDING? ☐ YES ☒ NO | IF YES, LIST DOCKET NUMBERS |
| DO YOU ANTICIPATE ADDING ANY PARTIES (arising out of same transaction or occurrence)? ☐ YES ☒ NO | NAME OF DEFENDANT'S PRIMARY INSURANCE COMPANY, IF KNOWN ☐ NONE ☐ UNKNOWN |

**THE INFORMATION PROVIDED ON THIS FORM CANNOT BE INTRODUCED INTO EVIDENCE.**

CASE CHARACTERISTICS FOR PURPOSES OF DETERMINING IF CASE IS APPROPRIATE FOR MEDIATION

| DO PARTIES HAVE A CURRENT, PAST OR RECURRENT RELATIONSHIP? ☒ YES ☐ NO | IF YES, IS THAT RELATIONSHIP ☐ EMPLOYER-EMPLOYEE  ☐ FRIEND/NEIGHBOR  ☐ OTHER (explain) _____ ☐ FAMILIAL  ☒ BUSINESS |
| --- | --- |

DOES THE STATUTE GOVERNING THIS CASE PROVIDE FOR PAYMENT OF FEES BY THE LOSING PARTY?
☒ YES ☐ NO

USE THIS SPACE TO ALERT THE COURT TO ANY SPECIAL CASE CHARACTERISTICS THAT MAY WARRANT INDIVIDUAL MANAGEMENT OR ACCELERATED DISPOSITION:

| ☒ DO YOU OR YOUR CLIENT NEED ANY DISABILITY ACCOMMODATIONS ☐ YES ☐ NO | IF YES, PLEASE IDENTIFY THE REQUESTED ACCOMMODATION: **Attorney in fact to assist Plaintiff** |
| --- | --- |
| WILL AN INTERPRETER BE NEEDED? ☐ YES ☒ NO | IF YES, FOR WHAT LANGUAGE: |

**I certify that confidential personal identifiers have been redacted from documents now submitted to the court, and will be redacted from all documents submitted in the future in accordance with *Rule* 1:38-7(b).**

ATTORNEY SIGNATURE

30 - Civil Case Information Statement (CIS)
Appendix XII-B1; CN 10517
Rev. 12/10    Effective 1/3/11    P1/11

Powered by HotDocs

Printed by ALL-STATE LEGAL®
A Division of ALL-STATE International, Inc.
www.aslegal.com    800.222.0510    Page 1

**SIDE 2** 

# CIVIL CASE INFORMATION STATEMENT
## (CIS)
Use for initial pleadings (not motions) under *Rule* 4:5-1

**CASE TYPES** (Choose one and enter number of case type in appropriate space on the reverse side.)

### Track I — 150 days' discovery
| | |
|---|---|
| 151 | NAME CHANGE |
| 175 | FORFEITURE |
| 302 | TENANCY |
| 399 | REAL PROPERTY (other than Tenancy, Contract, Condemnation, Complex Commercial or Construction) |
| 502 | BOOK ACCOUNT (debt collection matters only) |
| 505 | OTHER INSURANCE CLAIM (INCLUDING DECLARATORY JUDGMENT ACTIONS) |
| 506 | PIP COVERAGE |
| 510 | UM or UIM CLAIM (coverage issues only) |
| 511 | ACTION ON NEGOTIABLE INSTRUMENT |
| 512 | LEMON LAW |
| 801 | SUMMARY ACTION |
| 802 | OPEN PUBLIC RECORDS ACT (SUMMARY ACTION) |
| 999 | OTHER (briefly describe nature of action) |

### Track II — 300 days' discovery
| | |
|---|---|
| 305 | CONSTRUCTION |
| 509 | EMPLOYMENT (other than CEPA or LAD) |
| 599 | CONTRACT/COMMERCIAL TRANSACTION |
| 603N | AUTO NEGLIGENCE - PERSONAL INJURY (non-verbal threshold) |
| 603Y | AUTO NEGLIGENCE - PERSONAL INJURY (verbal threshold) |
| 605 | PERSONAL INJURY |
| 610 | AUTO NEGLIGENCE - PROPERTY DAMAGE |
| 621 | UM or UIM Claim (includes bodily injury) |
| 699 | TORT – OTHER |

### Track III — 450 days' discovery
| | |
|---|---|
| 005 | CIVIL RIGHTS |
| 301 | CONDEMNATION |
| 602 | ASSAULT AND BATTERY |
| 604 | MEDICAL MALPRACTICE |
| 606 | PRODUCT LIABILITY |
| 607 | PROFESSIONAL MALPRACTICE |
| 608 | TOXIC TORT |
| 609 | DEFAMATION |
| 616 | WHISTLEBLOWER/CONSCIENTIOUS EMPLOYEE PROTECTION ACT (CEPA) CASES |
| 617 | INVERSE CONDEMNATION |
| 618 | LAW AGAINST DISCRIMINATION (LAD) CASES |

### Track IV — Active Case Management by Individual Judge/450 days' discovery
| | |
|---|---|
| 156 | ENVIRONMENTAL/ENVIRONMENTAL COVERAGE LITIGATION |
| 303 | MT. LAUREL |
| 508 | COMPLEX COMMERCIAL |
| 513 | COMPLEX CONSTRUCTION |
| 514 | INSURANCE FRAUD |
| 620 | FALSE CLAIMS ACT |
| 701 | ACTIONS IN LIEU OF PREROGATIVE WRITS |

### Centrally Managed Litigation (Track IV)
| | | | |
|---|---|---|---|
| 280 | ZELNORM | 290 | POMPTON LAKES ENVIRONMENTAL LITIGATION |
| 285 | STRYKER TRIDENT HIP IMPLANTS | 291 | PELVIC MESH/GYNECARE |
| 288 | PRUDENTIAL TORT LITIGATION | 292 | PELVIC MESH/BARD |

### Mass Tort (Track IV)
| | | | |
|---|---|---|---|
| 248 | CIBA GEIGY | 281 | BRISTOL-MYERS SQUIBB ENVIRONMENTAL |
| 266 | HORMONE REPLACEMENT THERAPY (HRT) | 282 | FOSAMAX |
| 271 | ACCUTANE | 283 | DIGITEK |
| 274 | RISPERDAL/SEROQUEL/ZYPREXA | 284 | NUVARING |
| 275 | ORTHO EVRA | 286 | LEVAQUIN |
| 277 | MAHWAH TOXIC DUMP SITE | 287 | YAZ/YASMIN/OCELLA |
| 278 | ZOMETA/AREDIA | 601 | ASBESTOS |
| 279 | GADOLINIUM | | |

**If you believe this case requires a track other than that provided above, please indicate the reason on Side 1, in the space under "Case Characteristics."**

Please check off each applicable category:
☐ Verbal Threshold      ☐ Putative Class Action      ☐ Title 59



Powered by docs

Printed by ALL-STATE LEGAL®
A Division of ALL-STATE International, Inc.
www.aslegal.com   800.222.0510      Page 2

VICKIE SHIPLEY          4073216372 >>          9084964116                    P 2/5

*EXHIBIT A*



The Original Log Cabin Homes Ltd.

# 24-MONTH LAY-A-WAY AGREEMENT

8/31/10

*No Delivery Accepted during the 24-Month Term - This agreement can be renewed at its entirety with your signature, date and the required deposit*

## Purchaser

Name: **Russell Clark**
Street: **29 Neptune Road**
City/State/Zip: **Toms River/NJ 08753**
Phone: **732-255-1898**
Phone #2:
E-Mail: **bftd20002@yahoo.com**

Place Of Delivery *(Purchaser to Provide Map)*
Street: **TBD**
City/State/County: **TBD, NJ**

Log Package
Model or Quote #: **Alpine Ridge**
Size: **50X43**          Species: **Bald Cypress**

<table>
<tr><td>Advantages of a 25% Deposit</td></tr>
<tr><td>
1. Protects the terms of the production selected.<br>
2. Freezes your purchase price and protects against future price increases for up to Two years by placing an additional 25% deposit at the end of the first year<br>
3. Provides you the option of taking delivery anytime up to (24) Months from the order date. However, LCH requires a minimum of 45 days notice before delivery date.<br>
4. Purchaser may make design changes prior to final milling date (Minimum 45 days before delivery date)<br>
5. Allows you to receive your preliminary blueprints to begin planning changes and mortgage loan, etc.
</td></tr>
</table>

| 8X6 Classic 13 | 8X6 Double Round | 6X8 Energy | 6X12 Super Energy | 8X6 Bevel | 8X6 Double Four | 8X6 Single Chink | 8X6 Double Chink | 6X12 Round Chink | 6X12 Double Chink | 8X6 Square Plank | 6X12 Square Plank | 8X8 Full Round | Other or Custom |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Alpine Ridge, Wood Species: BALD CYPRESS 8X8 Logs, Corner Style: CLASSIC STYLE

| | |
|---|---|
| Full log in dormers and rear gable | $185,032.84 |
| 50% Discount | $24,830.51 |
| Customer Options (See page 4) | -$104,931.68 |
| 25% discount on customer options | $49,370.92 |
| | -$12,344.98 |

Contingent upon purchaser qualifying for loan. Customer agrees to make loan application and remove contingency within 30 days.

| | | |
|---|---|---|
| % Sales Tax | Log Package Total (Based on Time and Place of Delivery) | $141,966.61 |

Deposit (Form of Payment)
☐ Cash   ☐ Check   ☐ Credit Card   CC#:

TOTAL

FOB From: **Rocky Mount, NC**

SHIPPING via common carrier. Freight collect at prevailing rates at time of delivery F.O.B. Rocky Mount, NC unless otherwise stated.

Expiration:

25% Down Payment with Order
25% Final Milling Payment (45 to 75 days prior to delivery)
50% Delivery *(check for transfer)*

$35,491.65

Order Date: **October 20, 2010**

Date of Delivery: **March 1, 2011**
*(Tentative)*

Dealer/Sales Representative:

X *Vickie Shipley*      Date: 10/20/2010

Purchaser (s) Signature: *(Purchaser hereby acknowledges receipt of Product warranty and agrees to the conditions of sale)*

X *Russell F. Clark*      Date: 10/27/10

X _____      Date: _____

### SELLER'S ACCEPTANCE

Log Cabin Homes ltd. Hereby accepts the above order this _____ day of _____

By _____
*(It's duly Authorized Officer)*

The Original Log Cabin Homes Ltd.
P.O. Drawer 1457 / 313 Kenn Street / Rocky Mount, NC 27802
252-454-1500 / Fax 252-454-1550

2010-10-28  11:54          TOMS RIVER  NJ

2010-12-23 17:06          VICKIE SHIPLEY          4073216372 >>          9084964116                    P 3/5

1. If Log Cabin is unable to complete this order due to Government Regulations, Wars, Strikes, Labor Shortages, Material Shortages, or other unavoidable causes, this order may be cancelled by Log Cabin Homes upon refunding Purchaser's down payment.

2. If Log Cabin Homes is unable to furnish any item on this order, Log Cabin reserves the right to delete same and adjust the final sales price accordingly or make comparable substitutions in home package upon notice to Purchaser.

3. All prices on this order are based on Purchaser taking delivery within twenty-four (24) months of the "Date of Order." An additional 25% deposit is required at the end of the first year in full over into the following year.

4. If the 50% Final Billing is not paid within thirty (30) days of Log Cabin Homes' notice that such balance is due, Log Cabin Homes will consider the order cancelled by Purchaser

5. Purchaser agrees to take delivery and/or pay all balances due Log Cabin Homes in full within thirty (30) days after Log Cabin Homes' notice that the order is ready for delivery.

6. Log Cabin Homes retains title to all materials until fully paid.

7. If Purchaser postpones his / her delivery beyond twenty-four (24) months of the "Date of Order," Purchaser shall pay the current retail price as of the date of actual delivery, unless otherwise approved in writing by Log Cabin Homes.

8. If Purchaser postpones his / her delivery beyond the one year period of the "Date of Order" without paying the additional 25% deposits at the end of the one year period than Purchaser shall pay the current retail price as of the date of actual delivery, unless otherwise approved in writing by Log Cabin Homes.

9. All payments are non-refundable if order is cancelled by Purchaser, or if purchaser defaults in their obligations under this agreement, or if delivery is refused.

10. Purchaser has the right to sell or assign their interest in this agreement with 90 days prior written notice to Log Cabin Homes.

11. Prices quoted for shipment to the delivery site are contingent upon the suitability of the roads for a eighty-five (85) foot tractor trailer truck, and in no way shall be binding upon Log Cabin Homes.

12. Purchaser is responsible for having adequate manpower and/or equipment to unload the truck(s).. Log Cabin Homes is not responsible for breakage or damage during unloading. Most Log Cabin Homes materials are palletized for forklift unloading.

13. All materials are to be inspected by Purchaser at delivery and no claims for damaged materials and/or shortages shall be accepted by Log Cabin Homes unless presented in writing at the time of delivery to truck driver.

14. This order shall not be binding upon Log Cabin Homes until executed by its duly authorized officer.

15. Log Cabin Homes assumes no responsibility, and voids any and all warranties, if the basic log package is changed or altered in any way from what is indicated on Log Cabin Homes' blueprint, building is constructed with poor workmanship, and/or Purchaser builds in violation of the building code.

16. All prices on this order are F.O.B. Rocky Mount, NC, unless otherwise stated on Page 1. With a minimum of 75 days prior written notice to Log Cabin Homes Purchaser may pick up or have their materials picked up from Rocky Mount, NC only. All shipments being picked up are subject to a staging/loading fee per truck.

17. Purchaser Acknowledges receiving, understanding and accepting the Terms of the Log Cabin Homes written Limited Warranty.

18. Log Cabin Homes provides CAD-CAM Blueprints when specified on materials list. Any and all engineering/architectural reports, analysis, and seals that may be requested or required are paid for and/or supplied by the Purchaser.

19. Purchaser may not delete items from the original agreement's list of materials provided without substituting them with similar items to replace aforesaid items deleted purchased from Log Cabin Homes.

20. ... unresolved controversy or claim arising out of or relating to this agreement, or the branch thereof, shall be resolved by binding arbitration pursuant to the Federal Arbitration Act, 9 USCA 1, et seq, by three arbitrators. The three arbitrators shall be chosen by the parties with each party selecting an arbitrator and those two arbitrators selecting the third. The arbitrators thus selected shall have the authority to grant all applicable legal and equitable remedies, including, but not limited to, monetary damages, declaratory and injunctive relief, as well as costs (including reasonable attorney's fees). Judgment based on the arbitrators' decision may be entered in any court having jurisdiction for the purpose of enforcement.

21. This Agreement and the foregoing Terms and Conditions together constitute the entire understanding of the parties hereto and supersede any prior negotiations and understandings, verbal or written. Any changes hereto must be in writing and signed by both parties.

22. All Customer Pick-ups are subject to the prevailing loading charges per truck at the time of pick-up.

23. If you submitted a design idea and/or plan for a quotation or order, we assume that it is your original design, a non-copyrighted design, or a use of someone else's copyrighted design plan for you. It is your sole responsibility to secure permission for the its use. Failure to do this can result in substantial copyright infringement litigation against you from the copyright owner. By signing this form, you agree to defend and hold harmless any litigation against Log Cabin Homes as a result of your use of someone else's copyrighted design plan used without permission.

24. This agreement shall be governed by and construed in accordance with the laws of North Carolina.

25. Purchaser agrees to be responsible for any and all reasonable attorney's fees and costs of collection if seller is required to collect any sums due hereunder (or for any amendment hereto) by legal process.

I (we) acknowledge that I (we) have received copies of the above Terms and Conditions of Sale and the Product Warranty. I (we) further acknowledge that I (we) have read and fully understand these and agree to all of the above terms and conditions of the sale and accept the warranty as written. Purchaser (s) Signature(s)

X _____  Date ___10/27/10___

X _____  Date _____

2010-10-29 11:54          TOMS RIVER   NJ                                              Page 4

2010-12-29 17:07        VICKIE SHIPLEY        4073216372 >>        9084964116        P 4/5

any sums due hereunder (or any amendment hereto) by legal process.

## *"When It Comes To Quality... We Set The Standard"*
# Every Original Log Cabin Homes Ltd. "PREMIUM"
## Materials Package Includes the following Materials:

**LOG WALL SYSTEM:**
- All the solid 8"X6" median Rough Eastern White Pine precision milled double T&G logs for the exterior walls (first floor) full Standard Wall Height, Log Homes Council models, (Kings and One Half models including siding for second floor exterior walls, half Two story models include Solid Logs for exterior walls
- All The 2X Pressure Treated Starter Plates
- 2X Top Plates
- All the "Beam" replacements needed to frame each log span as required serial splices
- All the double row of log crown polyfoam insulation sealing tape "Log Cabin" Log Seal Brand
- All the nut grout in wall for butt ends & corners
- All the "Log Cabin" log caulking for butt and ends

**WINDOWS:**
- All the Andersen 100 Series (Crane Bay and Single Hung Windows) as per plan
- Sill Nosing
- Mullion Material for Twin or Aluminum Windows (required and Pivel Glass when illustrated)
- Tempered glass when required by national codes where required according to our standard layout
- Interior 1X Window Trim (Rough Sawn 1 side)
- Window Brick Leather for easy installation

**DOORS:**
- All the Ohio over 2 panel "Fiber Classic" Fiberglass exterior doors and jambs patio doors by Therma-Tru as per plan
- All the Therma Insulated French Patio Swingers by Therma-Tru when illustrated
- Exterior 1X Door Trim (Rough Sawn 1 side)
- Door Brick Leather for easy installation

**SECOND FLOOR SYSTEM:**
(for 50lb loading)
- All the 2X conventional second floor joists when applicable
- All Second Floor Support Girders when required
- All second Floor Support Posts when required
- Solid Wood Blocking provided at midspan and over load bearing wall
- All the 1 2 inch CDX Girder and Header Filler when required

**ROOF SYSTEM:**
- All the areas engineered 2x conventional roof rafters and collar ties or trusses for the roof system depending on design, for 30lb roof loading
- All the 7/16" Structurewood roof decking
- All the Asphalt Impregnated Felt Paper underlayment for the roof decking
- All the Owens Corning 30 year architectural roof shingles
- All the ridge vent for the roof system
- All the engineered lumber valley beams when required
- All the Hip Rafters when required
- All the 2X Ridgeboard when required
- All Barge Rafters
- All ladder framing and 2X Subfascia
- 1X Fascia
- Soffit and (brown) Soffit Vents
- 1X4 Slip for roof decking

**PORCH ROOF SYSTEM: (When Illustrated)**
- 4X6 Porch Posts (Species to match species of home)
- 6X8 Carry Beams (Species to match species of home)
- All framing and matching Log Subrail for Porch Cable Ends
- All 2X Porch Rafters
- All Ladder framing and Subfascia
- 6X Barge Rafters
- Valley and Hip Rafters when applicable
- All the 7/16" Structurewood roof decking
- All the Asphalt Impregnated Felt Paper underlayment for the roof decking
- All the Owens Corning 30 year architectural roof shingles
- 1X Fascia

**INTERIOR PARTITIONS:**
- All the 2"x4" interior studding for partition walls
- All the 2"x6" plumbing walls
- All Partition walls have preset studs
- All top and bottom plates for stud walls
- 2X6 Headers with 1/2" CDX filler for all Non-Load bearing openings
- 2X10 Headers with 1/2" CDX filler for all load bearing opening

**GABLE ENDS:**
- 2X Studding and Framing materials
- 2X Window header with 1/2" CDX filler where required
- Matching Log Cabin Siding
- Solid Log Gables are Optional

**DORMERS: (When illustrated)**
- All 2X Studding and Framing Materials
- Matching Log Cabin Siding
- 2X Window Header with 1/2" CDX filler where required
- 2X Rafters
- Valley Rafters
- Dormer Headers
- All the 7/16" Structurewood roof decking
- All the Asphalt Impregnated Felt Paper underlayment for the roof decking
- All the Owens Corning 30 year architectural roof shingles
- All the shingles over ridge vent for the roof system

**CEILINGS:**
- All the 1X8 V-Joint Tongue and Groove Pine Planking for Great Room/6 top Room Ceilings

**EXTRAS:**
- All the "Log Cabin" Building Wrap Protection to protect your Log Home materials during construction
- Up to 5 sets of Auto-CAD designed blueprints
- Final Prints to include: Floorplans, Elevations, Standard Foundation Plans, Roof Framing, 2nd Floor Framing, Building Section, and Standard Detail Sheet
- Log Cabin Homes "HOW-TO" construction guide

Heavy Roof and Floor loadings, High altitude, Seismic, Hurricane, Nordic, Tropical and other extreme weather building specifications are available as an upgrade.

## In compliance with the 2006 IBC - International Building Code

**Dealer/Sales Representative:**

X *Vickie Shipley* Date 10/20/10

**Purchaser (s) Signature:** (The Buyer hereby acknowledges a copy of Product warranty and approves all specifications as listed)

X _____ Date: 10/27/10

X _____ Date

**SELLER'S ACCEPTANCE**
Log Cabin Homes Ltd. Hereby accepts the above order this _____ day of _____

by _____
*(By duly Authorized Officer)*

**The Original Log Cabin Homes Ltd.**
P.O. Drawer 1457 · 913 Keen Street · Rocky Mount, NC 27802
252 446 1300 / Fax 252-454-1550

2010-10-29 11:55        TOMS RIVER    NJ

Page 5

VICKIE SHIPLEY          4073216372 >>          9084964116          P 5/5

Misc. materials in addition to the standard Premium Materials Specifications:
Customer Options:

1: Metal Roof replacing shingle
2: Upgrade roof decking to 5/8 plywood
3: 748 Sq. Ft. Porch Decking
4: 164 Lin. Ft. Hand Peeled Railings
5: Interior wall coverings 1X8 Pine Tongue and groove wall coverings
6: 1X6 T&G Pine Ceiling coverings
7: 1X6 Pine floor coverings
8: Interior wood doors includes: (2) 2068, (1) 2468, (3) 2668 pre-hung with finger joint jamb and
(1) 5068, (2) 6068 Bi-folds with cased openings.

## Limited Lifetime Warranty

Log Cabin Homes warrants, to the original purchaser, all log wall materials manufactured by Log Cabin Homes to be free from defects in manufacturing workmanship, for the lifetime of the original purchaser. This Warranty does not include labor, installation and shipping costs related to repair or replacement, or damages from improper handling or installation, or failure to seal-treat the log materials. All other materials included in our log home packages such as window, doors, roofing, etc. are warranted by their respective manufacturers. All customer requests for repair or replacement of materials covered under this warranty must be made in writing and sent directly to Log Cabin Homes.

This Warranty is in lieu of all other warranties expressed or implied.

This form contains the building materials to be furnished in your Log Home Premium Materials Package. Any and all materials not listed above and/or code compliance changes that are required in construction of the model selected are to be supplied by the Purchaser.
**In compliance with the 2006 IBC - International Building Code**
Please sign and date for your verification. Return with your Layaway Agreement.

Dealer/Sales Representative:

X _Vickie Shipley_____ Date 10/20/10

Purchaser (s) Signature: (Buis loans (S) acknowledges receipt of Product warranty and agrees to the conditions herein.)

X _Samuel Lee_____ Date: 10/22/10

X ................................................ Date ..................

SELLER'S ACCEPTANCE
Log Cabin Homes ltd  Hereby accepts the above order this
_____ day of ___.

by _____
its date (authorized officer)

The Original Log Cabin Homes Ltd.
P.O. Drawer 1457  513 Kent Street / Rocky Mount, NC 27802
252-454-1500 / Fax 252-454-1550

'10-10-20 11:55          TOMS RIVER, NJ

*EXHIBIT B*



**C & S Log Homes, Inc.**
7933 Cleveland Road
Clayton, NC 27520

*Curtis & Sarah Perry*

*919- 300-1120*

Fax (919)300-1121

csperry2006@yahoo.com

October 29, 2010

Mr. Russ Clark

**TURN KEY:** 2,079 Sq. Ft. House, 576 Sq. Ft. Porch and 400 Sq. Ft. Deck
**BUILD IN:** NJ

- No Grading
- Walk out basement
  - Stone ($5,000.00)
- Dry-in house (Set windows/doors, boxing and siding, felt roof)
- Metal Roof (Included in Package)
- Appliance Allowance (Stove, Refrigerator, Dishwasher and Microwave) ($3,000.00)
- Plumbing Fixture Allowance ($2,500.00)
  - 2 Single vanities with sink2
  - 1 Double vanity with sink
  - 1 Tub/Shower Combos
  - 1 Tub
  - 1 5' Shower
  - 3 Commodes
  - 1 Double kitchen sink
- Flooring
  - T & G (included in package)
- Kitchen Allowance ($8,000.00)
  - Cabinets and counter tops
- Light Fixture Allowance ($2,000.00)
- Electrical (according to specifications of local building codes)
- Heat and Air (according to specifications of local building codes)

- Walls/Ceiling
  - o  T & G (included in package)
- Stain (Owner choice of color)
- Septic ($3,000.00)  ——— *Septic 15-20*
- Well ($5,000.00)  ——— *Well  5-10  (?)* ★

The contract amount does not include the log home package.

<u>Contract Amount & Payment Schedule.</u>  We agree to pay C & S Log Homes, Inc.
**$145,000.00**  total for the entire turn key job under the following payment schedule:

| | |
|---|---|
| $ 14,500.00 | Upon signing of contract. |
| $ 32,625.00 | When the logs are stacked. |
| $ 32,625.00 | When the roof is under felt. |
| $ 32,625.00 | When house is dried in. |
| $ 32,625.00 | At completion of job. |

NOTE:  Being known that this contract, accepted and signed by contractor and homeowner, will be erected as per plans and amendments.  Any changes whether deleted or added will have to be recorded by a written change order, signed by both parties.

_____          _____
Curtis J. Perry – C & S Log Homes, Inc.          Date

*Russell F. Clark*

_____          _____ *11-4-10* _____
Russ Clark– Homeowner          Date

*Spoke to curtis 12/6/10  he said I get House for*
*(145K) 145,000 total.*



EXHIBIT C SECOND REQUEST

1/17/2011

**Dominick C. Santini**
Attorney at Law
P.O. Box 243
43 Route 46
Columbia, New Jersey 07832

Telephone: (908) 496-4041
Fax: (908) 496-4116

30 December 2010

The Original Log Cabin Homes
DBA Log Structures of the South
Port of Sanford
P.O. Box 470009
Lake Monroe, FL 32747

C & S Homes, Inc.
7933 Cleveland Road
Clayton, NC 27520

Re:   Russell Clark
29 Neptune Road
Toms River, NJ 08753

Dear Madam/Sir:

I represent Mr. Russell Clark who was under contract to purchase a vacant lot in New Jersey to build a log home. The Contract was contingent upon Mr. Clark obtaining a construction loan of $432,000.00 by 22 November 2010. The Seller extended the contingency period to 28 December ... but on 29 December 2010 terminated the Contract due to my client's inability to obtain a mortgage commitment by that date.

I enclose a copy of Seller's attorney's letter terminating the Contract; therefore, my client will not be able to proceed with the project.

Please return my client's deposit money. Feel free to call with any questions.

Sincerely yours,

Dominick C. Santini

DCS/jms
enclosure

cc:     Mr. Russell Clark
        29 Neptune Road
        Toms River, NJ 08753

RICHARD KEILING, ESQ                              PAGE   01/0.

*Richard R. Keiling*

**Attorney At Law**

**104 Route 94**
**Blairstown, New Jersey  07825**
rkeilingatty@embarqmail.com

Phone  (908)362-6134

Fax  (908)362-6311



### *FAX TRANSMITTAL FORM*

SENDING:

DATE:_____ 12/29/11_____

TO:_____

ATTENTION:_____ Dom S_____

TELECOPIER NUMBER____496-4116_____ # OF PAGES__1__

RE:_____ SALKEL, LLC To CLARK_____

SPECIAL INSTRUCTIONS:_____

As a result of buyer failing
to satisfy contract contingency
seller is electing to cancel
the contract. This shall also
act as authorization to
release any deposit monies
back to the buyer. Please
mail back seller's
info & stamped
map.

cc RE/MAX - 852-2727  Rick

---

**IMPORTANT NOTICE:** The information contained in this telefax message is intended for the personal and confidential use of the designated recipient named above. This message may be an Attorney-Client communication or an Attorney's work product, and as such is privileged and confidential.  This message is intended for the recipient only.  If the reader of this message is not an intended recipient or the agent of the intended recipient, *YOU ARE HEREBY NOTIFIED* that you have received this document in error, and that any review, distribution or copying of this message is prohibited.  If you have received this communication in error, please notify the sender immediately and return the original message to the sender by mail.  Thank you.

RUSSELL CLARK

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature
X Vickie Shipley
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
Vickie Shipley

1. Article Addressed to:

The Original Log Cabin Homes
DBA Log Structures of the South
Port of Sanford
P.O. Box 470009
Lake Monroe, FL 32747

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)     7005 1160 0005 2270 7328

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE    RUSSELL CLARK

| | |
|---|---|
| Postage | $ .44 |
| Certified Fee | 2.80 |
| Return Receipt Fee (Endorsement Required) | 2.30 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.54 |

JAN 18 2011

Sent To The Original Log Cabin Homes
Street, Apt. No.; DBA Log Structures of the South
or PO Box No. Port of Sanford P.O. Box 47.0009
City, State, ZIP+4 Lake Monroe, FL 32747

7005 1160 0005 2270 7328

PS Form 3800, June 2002    See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE    RUSSELL CLARK

| | |
|---|---|
| Postage | $ .44 |
| Certified Fee | 2.80 |
| Return Receipt Fee (Endorsement Required) | 2.30 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.54 |

Postmark Here
JAN 18 2011

Sent To C & S Homes, Inc.
Street, Apt. No.; 1933 Cleveland Road
or PO Box No.
City, State, ZIP+4 Clayton, NC 27520

7005 1160 0005 2270 7311

PS Form 3800, June 2002    See Reverse for Instructions