# EXHIBIT B



ACMS Public Access: Case Document List



Page: 1

END OF LIST

| VENUE | : WARREN | COURT : LAW CVL | DOCKET #: L 000345 11 |
|---|---|---|---|
| CASE TITLE | : CLARK VS THE ORIGINAL LOG CABIN HOMES ET AL | | |

| SEL | DATE FILED | | | DOC NUM | DOCUMENT TYPE | NON CONF | FILING/TARGET PARTY NAME | ATTORNEY NAME | MUL PTY | DOC STA |
|---|---|---|---|---|---|---|---|---|---|---|
| ○ | 08 | 04 | 2011 | 001 | COMPLAINT | | | CLARK | SANTINI | N |
| ○ | 09 | 13 | 2011 | 002 | SUMMONS | | 01 | CABELA'S | ATTY REQUIRE | N |

Screen ID:CVM1023 **Copyrighted © 2008 - New Jersey Judiciary**
BUILD 2011.1.0.05.11