# EXHIBIT C

RIKER, DANZIG, SCHERER, HYLAND & PERRETTI LLP
Headquarters Plaza
One Speedwell Avenue
Morristown, NJ  07962-1981
(973) 538-0800

Attorneys for Defendant, Cabela's Incorporated

| | |
|---|---|
| RUSSELL CLARK,<br><br>Plaintiff,<br><br>vs.<br><br>THE ORIGINAL LOG CABIN HOMES LTD, C& S LOG HOMES, INC., CURTIS J. PERRY, VICKIE SHIPLEY AND CABELA'S,<br><br>Defendants. | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION<br>WARREN COUNTY<br><br>DOCKET NO. L-345-11<br><br>**DEFENDANT CABELA'S INCORPORATED'S NOTICE OF FILING NOTICE OF REMOVAL OF ACTION AND NOTICE TO ADVERSE PARTIES** |

TO:  THE CLERK OF THE ABOVE-CAPTIONED COURT, AND TO PLAINTIFF RUSSELL CLARK AND HIS COUNSEL OF RECORD

**PLEASE TAKE NOTICE** that this action has been removed to the United States District Court for the District of New Jersey.  Attached hereto is a conformed copy of the Notice of Removal filed with the Clerk of the United States Court of the District of New Jersey on September 27, 2011, causing such removal.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with Title 28, United States Code, Section 1446(d), the Superior Court of New Jersey shall not proceed any further in this action unless and until the action is remanded by the United States District Court.

RIKER, DANZIG, SCHERER,
 HYLAND & PERRETTI LLP
Headquarters Plaza
One Speedwell Avenue
Morristown, New Jersey 07960
(973) 538-0800
Attorneys for Defendant
Cabela's Incorporated

By: _____
    Stuart M. Lederman

DATED: September 27, 2011

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of September 2011, I caused a copy of this Notice to Clerk of Superior Court of Filing of Notice of Removal to be served by Federal Express on the following:

> Clerk, Superior Court of New Jersey
> Law Division, Warren County
> Warren County Courthouse
> 413 Second Street
> Belvidere, NJ 07823-1500

and

> Honorable Amy C. O'Connor, J.S.C.
> Superior Court of New Jersey
> Warren County Courthouse
> 413 Second Street
> Belvidere, NJ 07823-1500

and to be served via facsimile and regular mail upon:

> Dominick C. Santini, Esq.
> 43 Route 46
> P.O. Box 243
> Columbia, NJ 07832

*Craig T. Moran*

4170404.2

3