**Dominick C. Santini, Esq.**
P. O. Box 243, 43 Route 46
Columbia, NJ 07832
(908) 496-4041

Attorneys for Plaintiff, Russell Clark

| | |
|---|---|
| RUSSELL CLARK,<br><br>Plaintiff,<br><br>vs.<br><br>THE ORIGINAL LOG CABIN HOMES LTD, C&S LOG HOMES, INC., CURTIS J. PERRY, VICKIE SHIPLEY and CABELA'S,<br><br>Defendants. | UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY<br><br>CIVIL ACTION NO. 11-5669(JAP)<br><br>HON. LOIS H. GOODMAN, U.S.M.J.<br><br>**CONSENT ORDER DISMISSING ALL CLAIMS AGAINST DEFENDANT, CABELA'S AND REMANDING THE ACTION TO THE SUPERIOR COURT** |

This matter has been opened to the Court by Dominick C. Santini, attorney for Plaintiff, Russell Clark and having been consented to by counsel for Defendant, Cabela's Incorporated ("Cabela's"):

WHEREAS, on or about August 2, 2011, Plaintiff, Russell Clark, filed a Complaint against Defendants, The Original Log Cabin Homes LTD, C&S Log Homes, Inc., Curtis J. Perry, Vickie Shipley and Cabela's relating to the return of deposits paid by Plaintiff; and,

WHEREAS, on September 27, 2011, pursuant to 28 U.S.C. § 1441 et seq. Cabela's removed the matter to the United States District Court District of New Jersey; and,

WHEREAS, Defendants, The Original Log Cabin Homes LTD, C&S Log Homes, Inc., Curtis J. Perry and Vickie Shipley have not filed responsive pleadings and there are no pending Crossclaims and Defendant, Cabela's; and,

WHEREAS, Plaintiff, Russell Clark and Defendant, Cabela's have no objection to Magistrate Judge Lois H. Goodman entering this dispositive order as to the claims by Plaintiff against Defendant, Cabela's only and remanding this matter back to the Superior Court of New Jersey;

NOW, THEREFORE, IT IS on this _____ day of October, 2011 hereby:

ORDERED that all claims against Defendant, Cabela's are hereby dismissed with prejudice and without costs.

IT IS FURTHER ORDERED that this action is remanded by the Honorable Lois H. Goodman back to the Superior Court of New Jersey, Law Division, Warren County.

_____
Hon. Lois J. Goodman, U.S.M.J.

Case 3:11-cv-05669-JAP-LHG   Document 5-1   Filed 10/17/11   Page 3 of 3 PageID: 51

The undersigned consent to the
form and entry of this Order

_[signature]_      _[signature]_

Dominick C. Santini, Esq.      Stuart M. Lederman, Esq.
P.O. Box 243      Riker, Danzig, Scherer, Hyland
43 Route 46        & Perretti LLP
Columbia, NJ 07832      Headquarters Plaza
(908) 496-4041      One Speedwell Avenue
Attorneys for Plaintiff, Russell Clark      Morristown, NJ 07962-1981
     (973) 451-8469
     Attorneys for Defendant
     Cabela's Incorporated

Dated: _14 OCT_, 2011      Dated: _Oct 14_, 2011

4176369.1