# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

### OFFICE OF THE CLERK

*Clarkson S. Fisher U.S. Courthouse*
*402 East State Street Room 2020*
*Trenton, New Jersey 08608*

**CAMDEN OFFICE**
Mitchell H. Cohen U.S. Courthouse
One John F. Gerry Plaza
Fourth & Cooper Streets Room 1050
Camden, N.J. 08101

**NEWARK OFFICE**
Martin Luther King Jr. Federal Bldg &
U.S. Courthouse
50 Walnut Street, P.O. BOX 419



Reply To: **TRENTON**

October 21, 2011

Deputy Clerk of Superior Court of New Jersey,
Warren County, Civil Division
Court House
413 Second Street
Belvidere, NJ 07823-1500

    **Re:** CLARK v. THE ORIGINAL LOG CABIN HOMES, et al
        3:11-5669 (JAP)

Dear Clerk of the Court:

    Enclosed please find a certified copy of the Order remanding the above entitled matter to your Court, along with a certified copy of the docket sheet.

                        Very truly yours,
                        WILLIAM T. WALSH, CLERK

                        S/Beth Joniak
                        By: Beth Joniak,
                            Deputy Clerk

Encl.

cc: file
    All Counsel